IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JASON G. MALLERY,
    Plaintiff,

vs.                                      Case No.: 3:12cv492/LAC/EMT

SHERIFF WENDALL HALL, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

        This matter is before the court on Plaintiff's "'Request to Withdraw' (or Postpone)," which this court construes as a motion to voluntarily dismiss the instant civil rights case filed pursuant to 42 U.S.C. § 1983 (doc. 15).  Plaintiff initially filed this case in October of 2012 (doc. 1).  Despite numerous orders directing him to do so, he has yet to file a complete in forma pauperis motion including a signed prisoner consent form and supporting documentation (*see* docs. 4, 5, 7, 10, 11, 13, 14) .  Thus, the matter of the filing fee remains unresolved.[1]  In the instant submission, Plaintiff states that he has been unemployed since the date of his arrest and that he does not feel that he should have to forfeit the gifts and donations he receives from family members to pursue his case in this court (doc. 15 at 2).  He asks that this case be "postponed" or in the alternative "withdrawn" (id. at 2–3).

        Rule 41(a)(1)(A)(i) provides that an action may be dismissed without an order of the court by filing a notice of dismissal at any time before the adverse party serves an answer or files a motion for summary judgment.  Because Defendants have not yet been served in the instant case, it is clear that Plaintiff is automatically entitled to a voluntary dismissal at this time.

---

[1] Because Plaintiff's motion to proceed in forma pauperis (doc. 10) included neither a copy of his prison trust account statement nor the page of the prisoner consent form bearing Plaintiff's signature and a certificate from an institution official, his motion was denied (doc. 7).  The court ordered that the $5.00 payment made by Plaintiff prior to the entry of this order denying in forma pauperis status be returned to him (*see* docs. 6, 7).

Accordingly, it is respectfully **RECOMMENDED**:

That Plaintiff's motion/request to withdraw (doc. 15), construed as a motion for voluntary dismissal, be **GRANTED** and this case **DISMISSED without prejudice**.

At Pensacola, Florida, this 25th day of March 2013.

    /s/ *Elizabeth M. Timothy*
    **ELIZABETH M. TIMOTHY**
    **UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only</u>.  A copy of objections shall be served upon the magistrate judge and all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).**